**No. 54581.**—Elizabeth Arden, Inc. *v.* United States, protest 139274–K (New York).

Opinion by RAO, J. The protest was dismissed.

**No.** 54582.—N. G. Basevi, Inc., et al. *v.* United States, protests 150523–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 54583.**—John V. Carr & Son, Inc. *v.* United States, protests 153255–K, etc. (Detroit).

Opinion by RAO, J. The protests were dismissed.

**No. 54584.**—Oxford University Press, N. Y., Inc. *v.* United States, protest 155221–K (New York).

Opinion by RAO, J. The protest was dismissed.

**No. 54585.**—Ali Shabbir India Co., Inc. *v.* United States, protest 155277–K (New York).

Opinion by RAO, J. The protest was dismissed.

**No. 54586.**—Trinacria Importing Co. *v.* United States, protest 597100–G (New York).

Opinion by RAO, J. The protest was dismissed.

**No. 54587.**—F. L. Kraemer & Co. *v.* United States, protest 708825–G (New York).

Opinion by RAO, J. The protest was dismissed.